**STATE of Missouri, Respondent,**

v.

**Richard L. BARRETT, Appellant.**

**No. WD 65009.**

Missouri Court of Appeals, Western District.

April 25, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 30, 2006.

James R. Hobbs, William B. Gaddy, Co-Counsel, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ULRICH, P.J., BRECKENRIDGE and SMART, JJ.

*ORDER*

PER CURIAM.

Richard L. Barrett appeals his conviction and sentence for the class D felony of involuntary manslaughter in the second degree, under section 565.024.3, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).